```
┌ 211      599│
│s 32 SC  536│
```

---

## McFadden v. McFadden, Appellant.

*Appeals—Delay—Penalty under Act of May 19, 1897, P. L. 67—Superior Court.*

The Supreme Court will not grant a motion to remit an appeal to the Superior Court where the motion was not made until after eight months from the time the appeal was taken with a session of the Superior Court intervening, and it appears that no assignments of error have been filed and no paper-book printed by the appellant. In such a case the court will quash the appeal, and impose the penalty provided by the Act of May 19, 1897, P. L. 67.

Argued April 17, 1905. Appeal, No. 264, Jan. T., 1904, by defendant, from judgment of C. P. Blair Co., Oct. T., 1902, No. 75, overruling demurrer to declaration in case of Barbara McFadden v. Harry McFadden. Before DEAN, BROWN, MESTREZAT, POTTER and ELKIN, JJ., Appeal quashed.

Motion to remit to Superior Court.
Motion to quash appeal.

*Harry A. McFadden*, P. P.

*T. H. Greevy*, for appellee.

PER CURIAM, April 24, 1905:
When this case was called for argument, two motions were made; one by counsel for the appellant to remit his appeal to

the Superior Court, and the other by the appellee that it be quashed with the imposition of penalty provided for in the statute in cases of appeals taken merely for delay.

No assignments of error are on file, and no paper-book has been printed by the appellant. He now, after eight months from the time his appeal was taken, and with a session of the Superior Court having intervened in the meantime, seems to think his appeal ought to have been to that court. Under the the circumstances, the appeal must be quashed.

Appeal quashed, and it appearing to the court that it was sued out merely for delay, the appellant is ordered and directed to pay to the attorney for the appellee the sum of $25, in accordance with the provisions of the Act of May 19, 1897, P. L. 67.